# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

*FILED*

*07 JUN 15 PM 2: 33*

*US [BANKRUPTCY] COURT*
*NORTHERN DISTRICT OF OHIO*
*AKRON*

IN RE:
KATHIE T KNORR
3637 RESERVE DRIVE
MEDINA, OH 44256

           DEBTOR(S)

**CHAPTER 13**
**CASE NO: 04-50106**

**MARILYN SHEA-STONUM**
**BANKRUPTCY JUDGE**

**ORDER FOR PAYMENT OF**
**UNCLAIMEDFUNDS**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

It appearing to the Court that checks have been issued in the above Chapter 13 case in accordance with the debtor(s) Chapter 13 plan that remain uncashed; therefore, the funds remain unclaimed.

Therefore, pursuant to 11 USC Section 347, the Chapter 13 Trustee, Jerome L. Holub, is to pay to the Clerk of the United States Bankruptcy Court the total funds of the unclaimed checks listed below.

UNCLAIMED CHECK

| NUMBER | ISSUE DATE | AMOUNT | PAYEE'S NAME & ADDRESS |
|--------|-----------|--------|------------------------|
| 615268 | 01/25/2007 | $100.09 | Wayne County National Bank |
| | | | c/o Urban Co |
| | | | 434 High St |
| | | | PO Box 4349 |
| | | | Warren, OH 44482-4349 |

*ck # 631857*
*79085*

Check number issued to the Clerk of the U.S. Bankruptcy Court 631857

### BE IT SO ORDERED:

*[signature]*
MARILYN SHEA-STONUM
BANKRUPTCY JUDGE

Approved by:

*[signature]*

Jerome L. Holub,
Chapter 13 Trustee

cc:    Debtor(s) Attorney – **MARC P GERTZ**
                         **11 S FORGE ST**
                         **AKRON, OH 44304**

    **Payee listed above**

CHAPTER 13
Jerome L Holub
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
jholub@ch13akron.com

15

Jerome L. Holub
Chapter 13 Trustee
One Cascade Plaza, Suite 2020
Akron, OH 44308

National City Bank
Akron, OH 44308

631857

VOID AFTER 90 DAYS

008     KNORR, KATHIE T
        Account Number: WCN 3017/8040916          06   08 2007     0450106     ****100.09***

UNSECURED      *******************One Hundred Dollars and 09/100*******************

.00        CLERK, US BANKRUPTCY COURT*****          MEMO

           Akron, OH 44308-

0.00

⑈631857⑈ ⑆041000124⑆ 90083800 1⑈

CHECK NUMBER     DATE          CASE NUMBER
631857           06/08/2007    0450106

Original Check: 615268

Original Date: 01/25/2007

Original Payee: WAYNE COUNTY NATIONAL BANK, C/O URBAN CO, 434 HIGH ST PO BOX 4349, WARREN, OH 444824349